JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

GUSTAV W. EYLER
Director
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044
Tel: (202) 307-0050 / (202) 598-8337
Timothy.T.Finley@usdoj.gov
Daniel.E.Zytnick@usdoj.gov

*Attorneys for the United States*

```
        FILED           RECEIVED
        ENTERED         SERVED ON
              COUNSEL/PARTIES OF RECORD

            MAY 23 2022

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
    BY:                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN THE MATTER OF THE SEARCH OF: | |
|---|---|
| 9240 CANALINO DRIVE, LAS VEGAS, NV 89134 | Case No. 2:19-mj-509-DJA |

### GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

On July 8, 2019, the Court issued a warrant authorizing the search of real property at the above address, which was connected to an investigation regarding Michael Zeto. Because that warrant was part of an ongoing investigation, the Court issued an order sealing the warrant documents.

On April 20, 2022, a federal Grand Jury charged Michael Zeto in this District in Case No. 2:22-cr-85-GMN-DJA with violating 18 U.S.C. §§ 1343 (wire fraud), 1344(2) (bank fraud), and 1028A(a)(1) (aggravated identity theft). Zeto made his initial appearance on these charges on April 21, 2022.

At any trial in that case, the Government anticipates introducing evidence recovered during the execution of the search warrant. Accordingly, the Government hereby moves this Court for an Order unsealing the above-captioned warrant and accompanying documents, including the application, affidavit, and attachments, so that the Government may provide those documents to defense counsel for Zeto in Case No. 2:22-cr-85.

DATED this 23th day of May 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

DANIEL ZYTNICK
Trial Attorney
U.S. Department of Justice

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF THE SEARCH OF:

9240 CANALINO DRIVE, LAS VEGAS, NV 89134

Case No. 2:19-mj-509-DJA

**Order Granting Government's Motion to Unseal Search Warrant**

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the above-captioned warrant and accompanying documents, including the application, affidavit, and attachments, shall be unsealed.

DATED this 13th day of June, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE